# Exhibit B

ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                      Chapter 11

**MOSDOS CHOFETZ CHAIM, INC.**              Case No.:  12-23616-rdd

                                   Debtor.
--------------------------------------------------------X

ATTORNEY'S CERTIFICATION OF
ACCEPTANCES AND REJECTIONS OF SECOND AMENDED
<u>PLAN OF REORGANIZATION OF MOSDOS CHOFETZ CHAIM, INC.</u>

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

        The undersigned, attorneys for Mosdos Chofetz Chaim, Inc., the debtor and debtor in

possession herein (the "Debtor"), do hereby certify to the Court, pursuant to 11 U.S.C. § 1126, the

Second Amended Plan of Reorganization of Mosdos Chofetz Chaim, Inc. (the "Plan"),[1] has been

accepted or rejected as set forth below:[2]

        1.        <u>Class 1 – Priority Non-Tax Claims</u>.  Class 1 is unimpaired under the Plan and deemed

to have accepted the Plan.

        2.        <u>Class 2 – Secured Tax Claims</u>.  Class 2 is unimpaired under the Plan and deemed to

have accepted the Plan.

        3.        <u>Class 3 – TBG RADIN Claim</u>.  Class 3 is impaired under the Plan.  The Debtors

received one ballot representing 100% of the amount of the claim and 100% of the number of the

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Plan.
[2] Ballots received by the Debtor are attached to this certification.

allowed claims of this class accepting the Plan. Therefore pursuant to section 1126(c) of the

Bankruptcy Code, Class 3 voted to accept the Plan.

    4.    <u>Class 4 – Unsecured Claims</u>. Class 4 is impaired under the Plan. The Debtor

received eight Class 4 ballots in the aggregate amount of $5,688,573.89 voting to accept the Plan.

Therefore, pursuant to 1126(c) of the Bankruptcy Code, the Plan has accepted by Class 4.[3]


**DATED:**    New York, New York
            September 26, 2019

                    **ROBINSON BROG LEINWAND GREENE**
                    **GENOVESE & GLUCK P.C.**
                    **Attorneys for Debtor**
                    875 Third Avenue
                    New York, New York 10022
                    Tel. No.: (212) 603-6300

                    **By: <u>/s/ A. Mitchell Greene</u>**
                          **A. Mitchell Greene**

---

3   Yeshiva Chofetz Chaim, an affiliate of the Debtor, submitted a Class 4 ballot accepting the Plan in the amount of $4,000,000. Additionally, the Debtor received a Class 4 ballot from CC of R in the amount of $320,891 voting in favor of the Plan, however, CC of R holds a Class 3 secured claim and therefore this ballot is not being counted in either Class 3 or Class 4.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

In re:                                                    Chapter 11

MOSDOS CHOFETZ CHAIM, INC.,                               Case No.: 12-23616-rdd

                                    Debtor.

--------------------------------------------------------X

## BALLOT FOR ACCEPTING OR REJECTING
## SECOND AMENDEDPLAN OF REORGANIZATION OF
## MOSDOS CHOFETZ CHAIM, INC. FOR CLASS 3 TBG RADIN SECURED CLAIM

Mosdos Chofetz Chaim, Inc. (the "Debtor") filed its *Plan of Reorganization of Mosdos Chofetz Chaim* dated August 15, 2019 (the "Plan"). The Bankruptcy Court has approved the *Second Amended Disclosure Statement for Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* (the "Disclosure Statement"). Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 3 under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of allowed claims in each class voting on the Plan. To have your vote count, you must complete and return this Ballot.

TO BE COUNTED, YOUR COMPLETED BALLOT **MUST** BE RECEIVED BY 5:00 P.M. EASTERN TIME, ON **SEPTEMBER 25, 2019**, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300

ITEM I.       INDICATE DOLLAR AMOUNT OF YOUR CLAIM: $ 22,173,784.04

ITEM II.      INDICATE YOUR VOTE TO ACCEPT OR REJECT THE PLAN BY MARKING THE APPROPRIATE
              BOX:

              ☑ Accept the Plan        ☐ Reject the Plan

ITEM III.     By signing this Ballot, the undersigned certifies that he or she has been provided with a copy of the Disclosure
              Statement and the Plan.

ITEM IV.      By signing this Ballot, the undersigned hereby certifies that he or she has full power and authority to vote to
              accept or reject the Plan.

ITEM V.    PROVIDE YOUR NAME AND ADDRESS *(Please print or type):*

_Joshua  Nussbaum_
*(Name)*

_Authorized Rep_
*(Title - if applicable)*

_TBG RADin LLC    / Avar Grop?_
*(Company - if applicable)*

_2a kiryas RADin Dr_
*(Address)*

_Spring valley_    _NY_    _10977_
*(City)*    *(State)*    *(Zip Code)*

ITEM VI.    SIGN AND DATE YOUR VOTE:

_Joel Nussbaum_    _9/100/19_
*(Signature)*    *Date*

*Title (if applicable)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In re:                                                        Chapter 11

**MOSDOS CHOFETZ CHAIM, INC.,**                    Case No.: 12-23616-rdd

                              Debtor.
------------------------------------------------------------X

**BALLOT FOR ACCEPTING OR REJECTING**
**SECOND AMENDED PLAN OF REORGANIZATION OF**
**MOSDOS CHOFETZ CHAIM, INC. FOR CLASS 4 UNSECURED CLAIM**

     Mosdos Chofetz Chaim, Inc. (the "Debtor") filed its *Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* dated August 15, 2019 (the "Plan"). The Bankruptcy Court has approved the *Second Amended Disclosure Statement for Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* (the "Disclosure Statement"). Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

     You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 4 under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

     The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of allowed claims in each class voting on the Plan. To have your vote count, you must complete and return this Ballot.

     TO BE COUNTED, YOUR COMPLETED BALLOT **MUST** BE RECEIVED BY 5:00 P.M. EASTERN TIME, ON **SEPTEMBER 25, 2019,** BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300

**ITEM I.**       **INDICATE DOLLAR AMOUNT OF YOUR CLAIM: $** *100,000*

**ITEM II.**     **INDICATE YOUR VOTE TO ACCEPT OR REJECT THE PLAN BY MARKING THE APPROPRIATE BOX:**

        ☑ Accept the Plan      ☐ Reject the Plan

**ITEM III.**    By signing this Ballot, the undersigned certifies that he or she has been provided with a copy of the Disclosure Statement and the Plan.

**ITEM IV.**    By signing this Ballot, the undersigned hereby certifies that he or she has full power and authority to vote to accept or reject the Plan.

**ITEM V.**     **PROVIDE YOUR NAME AND ADDRESS:**

MICHAEL LEIBOV          *MIKHAIL LEIBOV*

_____
(Name)

_____
(Title - if applicable)

_____
(Company - if applicable)     *4 BROOKS EDGE RD.*

_____
(Address)     *New CITY   ,   N Y*          *10956*
(City)   (State)                              (Zip Code)

**ITEM VI.**     **SIGN AND DATE YOUR VOTE:**

_____          *Sept 17, 2019*
Signature                                           Date

_____
Title (if applicable)

## VOTING INSTRUCTIONS

I.      On **October 2, 2019 at 10:00 a.m.**, the United States Bankruptcy Court for the Southern District of New York, at 300 Quarropas Street, White Plains, New York, will hold a hearing on whether to confirm the Plan. Enclosed herewith is a copy of the Plan and Disclosure Statement. The Disclosure Statement describes the Plan and the treatment of all claims thereunder.

II.     All holders of impaired claims against Mosdos Chofetz Chaim, Inc. (the "Debtor") are permitted to vote their acceptance or rejection of the Plan. This Ballot is to be used for casting such vote.

III.    The Plan referred to in the Ballot can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of allowed claims in each class who actually vote on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if (i) the Bankruptcy Court finds that the Plan accords fair and equitable treatment, and does not discriminate unfairly, with respect to the class rejecting it and (ii) at least one impaired class has accepted the Plan. To have your vote count you must complete and return the Ballot. **YOUR COMPLETED BALLOT <u>MUST</u> BE RECEIVED BY 5 P.M. EASTERN TIME, SEPTEMBER 25, 2019 TO BE COUNTED.**

IV.     The Plan classifies claims separately, and provides different treatment for different classes of claims. You should read the Plan and the Disclosure Statement and the other related materials enclosed in this package carefully to understand the treatment you will receive.

IF YOU HAVE ANY QUESTIONS REGARDING THE PROCEDURES FOR VOTING ON THE PLAN, PLEASE CONTACT COUNSEL FOR THE DEBTOR: ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022 ATTN: STEVEN B. EICHEL, ESQ., TELEPHONE: (212) 603-6300.

**TO BE COUNTED, YOUR COMPLETED BALLOT MUST BE RECEIVED BY 5:00 P.M. EASTERN STANDARD TIME, ON SEPTEMBER 25, 2019, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                                                      Chapter 11

**MOSDOS CHOFETZ CHAIM, INC.,**                               Case No.: 12-23616-rdd

                                    Debtor.
-----------------------------------------------------------X

## BALLOT FOR ACCEPTING OR REJECTING
## SECOND AMENDED PLAN OF REORGANIZATION OF
## MOSDOS CHOFETZ CHAIM, INC. FOR CLASS 4 UNSECURED CLAIM

        Mosdos Chofetz Chaim, Inc. (the "Debtor") filed its *Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* dated August 15, 2019 (the "Plan"). The Bankruptcy Court has approved the *Second Amended Disclosure Statement for Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* (the "Disclosure Statement"). Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

        You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 4 under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

        The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of allowed claims in each class voting on the Plan. To have your vote count, you must complete and return this Ballot.

        TO BE COUNTED, YOUR COMPLETED BALLOT **MUST** BE RECEIVED BY 5:00 P.M. EASTERN TIME, ON **SEPTEMBER 25, 2019**, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300

**ITEM I.**      **INDICATE DOLLAR AMOUNT OF YOUR CLAIM: $** 250,000

**ITEM II.**     **INDICATE YOUR VOTE TO ACCEPT OR REJECT THE PLAN BY MARKING THE APPROPRIATE BOX:**

             ☒ Accept the Plan      ☐ Reject the Plan

**ITEM III.**   By signing this Ballot, the undersigned certifies that he or she has been provided with a copy of the Disclosure Statement and the Plan.

**ITEM IV.**   By signing this Ballot, the undersigned hereby certifies that he or she has full power and authority to vote to accept or reject the Plan.

ITEM V.  **PROVIDE YOUR NAME AND ADDRESS** (Please print or type):

Ezra Beyman
_____
(Name)   _Ezra_  _Beyman_
_____
(Title - if applicable)
_____
(Company - if applicable)
_____
(Address)  _12 Tori Dr._  _Lakewood, NJ_  _08701_
(City)   (State)                              (Zip Code)

ITEM VI.  **SIGN AND DATE YOUR VOTE:**

_____        _Sept 11 19_
Signature                              Date

Title (if applicable)

## VOTING INSTRUCTIONS

      I.      On **October 2, 2019 at 10:00 a.m.**, the United States Bankruptcy Court for the Southern District of New York, at 300 Quarropas Street, White Plains, New York, will hold a hearing on whether to confirm the Plan. Enclosed herewith is a copy of the Plan and Disclosure Statement. The Disclosure Statement describes the Plan and the treatment of all claims thereunder.

      II.      All holders of impaired claims against Mosdos Chofetz Chaim, Inc. (the "Debtor") are permitted to vote their acceptance or rejection of the Plan. This Ballot is to be used for casting such vote.

      III.      The Plan referred to in the Ballot can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of allowed claims in each class who actually vote on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if (i) the Bankruptcy Court finds that the Plan accords fair and equitable treatment, and does not discriminate unfairly, with respect to the class rejecting it and (ii) at least one impaired class has accepted the Plan. To have your vote count you must complete and return the Ballot. **YOUR COMPLETED BALLOT <u>MUST</u> BE RECEIVED BY 5 P.M. EASTERN TIME, SEPTEMBER 25, 2019 TO BE COUNTED.**

      IV.      The Plan classifies claims separately, and provides different treatment for different classes of claims. You should read the Plan and the Disclosure Statement and the other related materials enclosed in this package carefully to understand the treatment you will receive.

      IF YOU HAVE ANY QUESTIONS REGARDING THE PROCEDURES FOR VOTING ON THE PLAN, PLEASE CONTACT COUNSEL FOR THE DEBTOR: ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022 ATTN: STEVEN B. EICHEL, ESQ., TELEPHONE: (212) 603-6300.

      **TO BE COUNTED, YOUR COMPLETED BALLOT MUST BE RECEIVED BY 5:00 P.M. EASTERN STANDARD TIME, ON SEPTEMBER 25, 2019, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300.**

{01019928.DOC;1 }

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                               Chapter 11

**MOSDOS CHOFETZ CHAIM, INC.,**                       Case No.: 12-23616-rdd

                                  Debtor.
-----------------------------------------------------------X

## BALLOT FOR ACCEPTING OR REJECTING
## SECOND AMENDED PLAN OF REORGANIZATION OF
## <u>MOSDOS CHOFETZ CHAIM, INC. FOR CLASS 4 UNSECURED CLAIM</u>

        Mosdos Chofetz Chaim, Inc. (the "Debtor") filed its *Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* dated August 15, 2019 (the "Plan"). The Bankruptcy Court has approved the *Second Amended Disclosure Statement for Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* (the "Disclosure Statement"). Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

        You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 4 under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

        The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of allowed claims in each class voting on the Plan. To have your vote count, you must complete and return this Ballot.

        TO BE COUNTED, YOUR COMPLETED BALLOT **MUST** BE RECEIVED BY 5:00 P.M. EASTERN TIME, ON **SEPTEMBER 25, 2019**, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300

**ITEM I.**      **INDICATE DOLLAR AMOUNT OF YOUR CLAIM: $** *150000*

**ITEM II.**     **INDICATE YOUR VOTE TO ACCEPT OR REJECT THE PLAN BY MARKING THE APPROPRIATE BOX:**

        ☑ Accept the Plan    ☐ Reject the Plan

**ITEM III.**    By signing this Ballot, the undersigned certifies that he or she has been provided with a copy of the Disclosure Statement and the Plan.

**ITEM IV.**    By signing this Ballot, the undersigned hereby certifies that he or she has full power and authority to vote to accept or reject the Plan.

ITEM V.      **PROVIDE YOUR NAME AND ADDRESS** (Please print or type):

_Munish Weintraub_

(Name)

_____

(Title - if applicable)

_____

(Company - if applicable)

_67 Reysen Ave_

(Address)

_Monsey   NY_                                    _10952_

(City)          (State)                              (Zip Code)

ITEM VI.     **SIGN AND DATE YOUR VOTE:**

_Munish Wein_                                    _9/8/19_

Signature                                         Date

Title (if applicable)

## VOTING INSTRUCTIONS

I.       On **October 2, 2019 at 10:00 a.m.**, the United States Bankruptcy Court for the Southern District of New York, at 300 Quarropas Street, White Plains, New York, will hold a hearing on whether to confirm the Plan. Enclosed herewith is a copy of the Plan and Disclosure Statement. The Disclosure Statement describes the Plan and the treatment of all claims thereunder.

II.      All holders of impaired claims against Mosdos Chofetz Chaim, Inc. (the "Debtor") are permitted to vote their acceptance or rejection of the Plan. This Ballot is to be used for casting such vote.

III.     The Plan referred to in the Ballot can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of allowed claims in each class who actually vote on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if (i) the Bankruptcy Court finds that the Plan accords fair and equitable treatment, and does not discriminate unfairly, with respect to the class rejecting it and (ii) at least one impaired class has accepted the Plan. To have your vote count you must complete and return the Ballot. **YOUR COMPLETED BALLOT <u>MUST</u> BE RECEIVED BY 5 P.M. EASTERN TIME, SEPTEMBER 25, 2019 TO BE COUNTED**.

IV.      The Plan classifies claims separately, and provides different treatment for different classes of claims. You should read the Plan and the Disclosure Statement and the other related materials enclosed in this package carefully to understand the treatment you will receive.

IF YOU HAVE ANY QUESTIONS REGARDING THE PROCEDURES FOR VOTING ON THE PLAN, PLEASE CONTACT COUNSEL FOR THE DEBTOR: ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022 ATTN: STEVEN B. EICHEL, ESQ., TELEPHONE: (212) 603-6300.

**TO BE COUNTED, YOUR COMPLETED BALLOT MUST BE RECEIVED BY 5:00 P.M. EASTERN STANDARD TIME, ON SEPTEMBER 25, 2019, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300.**

{01019928.DOC;1 }                                    3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                          Chapter 11

**MOSDOS CHOFETZ CHAIM, INC.,**                 Case No.: 12-23616-rdd

                                 Debtor.
-------------------------------------------------------X

## BALLOT FOR ACCEPTING OR REJECTING
## SECOND AMENDED PLAN OF REORGANIZATION OF
## MOSDOS CHOFETZ CHAIM, INC. FOR CLASS 4 UNSECURED CLAIM

  Mosdos Chofetz Chaim, Inc. (the "Debtor") filed its *Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* dated August 15, 2019 (the "Plan"). The Bankruptcy Court has approved the *Second Amended Disclosure Statement for Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* (the "Disclosure Statement"). Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

  You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 4 under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

  The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of allowed claims in each class voting on the Plan. To have your vote count, you must complete and return this Ballot.

  TO BE COUNTED, YOUR COMPLETED BALLOT **MUST** BE RECEIVED BY 5:00 P.M. EASTERN TIME, ON **SEPTEMBER 25, 2019**, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300

**ITEM I.**   INDICATE DOLLAR AMOUNT OF YOUR CLAIM: $ *4,000,000*

**ITEM II.**   INDICATE YOUR VOTE TO ACCEPT OR REJECT THE PLAN BY MARKING THE APPROPRIATE BOX:

      ☑ Accept the Plan   ☐ Reject the Plan

**ITEM III.**   By signing this Ballot, the undersigned certifies that he or she has been provided with a copy of the Disclosure Statement and the Plan.

**ITEM IV.**   By signing this Ballot, the undersigned hereby certifies that he or she has full power and authority to vote to accept or reject the Plan.

ITEM V.        **PROVIDE YOUR NAME AND ADDRESS** (Please print or type):

RABBI AMett ZAKS
(Name)

PRES
(Title - if applicable)

Yeshiva chofer Chaim inc.
(Company - if applicable)

15 Mountain Ave
(Address)

Monsey NY          10952
(City)        (State)                                                    (Zip Code)

ITEM VI.       **SIGN AND DATE YOUR VOTE:**

_____                         9/10/19
Signature                                                        Date

Title (if applicable)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                    Chapter 11

**MOSDOS CHOFETZ CHAIM, INC.,**          Case No.: 12-23616-rdd

                              Debtor.
----------------------------------------------------------X

## BALLOT FOR ACCEPTING OR REJECTING
## SECOND AMENDED PLAN OF REORGANIZATION OF
## MOSDOS CHOFETZ CHAIM, INC. FOR CLASS 4 UNSECURED CLAIM

      Mosdos Chofetz Chaim, Inc. (the "Debtor") filed its *Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* dated August 15, 2019 (the "Plan"). The Bankruptcy Court has approved the *Second Amended Disclosure Statement for Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* (the "Disclosure Statement"). Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

      You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 4 under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

      The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of allowed claims in each class voting on the Plan. To have your vote count, you must complete and return this Ballot.

      TO BE COUNTED, YOUR COMPLETED BALLOT **MUST** BE RECEIVED BY 5:00 P.M. EASTERN TIME, ON **SEPTEMBER 25, 2019**, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300

**ITEM I.**      **INDICATE DOLLAR AMOUNT OF YOUR CLAIM: $ 20,068.83**

**ITEM II.**    **INDICATE YOUR VOTE TO ACCEPT OR REJECT THE PLAN BY MARKING THE APPROPRIATE BOX:**

                 ☑ Accept the Plan      ☐ Reject the Plan

**ITEM III.**   By signing this Ballot, the undersigned certifies that he or she has been provided with a copy of the Disclosure Statement and the Plan.

**ITEM IV.**   By signing this Ballot, the undersigned hereby certifies that he or she has full power and authority to vote to accept or reject the Plan.

**ITEM V.**     **PROVIDE YOUR NAME AND ADDRESS** (Please print or type):

Joshua NUSSBAUM
_(Name)_

AuthoRized Rep
_(Title - if applicable)_

TBC RADIN LLC / FedeRAL Block
_(Company - if applicable)_

20 KiRYAS RADIN DR
_(Address)_

SV          NY          10977
_(City)_        _(State)_                              _(Zip Code)_

**ITEM VI.**    **SIGN AND DATE YOUR VOTE:**

_Signature_                                                      _Date_  9/6/19

_Title (if applicable)_

## VOTING INSTRUCTIONS

I.       **On October 2, 2019 at 10:00 a.m.**, the United States Bankruptcy Court for the Southern District of New York, at 300 Quarropas Street, White Plains, New York, will hold a hearing on whether to confirm the Plan. Enclosed herewith is a copy of the Plan and Disclosure Statement. The Disclosure Statement describes the Plan and the treatment of all claims thereunder.

II.       All holders of impaired claims against Mosdos Chofetz Chaim, Inc. (the "Debtor") are permitted to vote their acceptance or rejection of the Plan. This Ballot is to be used for casting such vote.

III.       The Plan referred to in the Ballot can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of allowed claims in each class who actually vote on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if (i) the Bankruptcy Court finds that the Plan accords fair and equitable treatment, and does not discriminate unfairly, with respect to the class rejecting it and (ii) at least one impaired class has accepted the Plan. To have your vote count you must complete and return the Ballot. **YOUR COMPLETED BALLOT <u>MUST</u> BE RECEIVED BY 5 P.M. EASTERN TIME, SEPTEMBER 25, 2019 TO BE COUNTED.**

IV.       The Plan classifies claims separately, and provides different treatment for different classes of claims. You should read the Plan and the Disclosure Statement and the other related materials enclosed in this package carefully to understand the treatment you will receive.

IF YOU HAVE ANY QUESTIONS REGARDING THE PROCEDURES FOR VOTING ON THE PLAN, PLEASE CONTACT COUNSEL FOR THE DEBTOR: ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022 ATTN: STEVEN B. EICHEL, ESQ., TELEPHONE: (212) 603-6300.

**TO BE COUNTED, YOUR COMPLETED BALLOT MUST BE RECEIVED BY 5:00 P.M. EASTERN STANDARD TIME, ON SEPTEMBER 25, 2019, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                          Chapter 11

**MOSDOS CHOFETZ CHAIM, INC.,**                 Case No.:  12-23616-rdd

                Debtor.

--------------------------------------------------------X

## BALLOT FOR ACCEPTING OR REJECTING
## SECOND AMENDED PLAN OF REORGANIZATION OF
## MOSDOS CHOFETZ CHAIM, INC. FOR CLASS 4 UNSECURED CLAIM

        Mosdos Chofetz Chaim, Inc. (the "Debtor") filed its *Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* dated August 15, 2019 (the "Plan").  The Bankruptcy Court has approved the *Second Amended Disclosure Statement for Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* (the "Disclosure Statement").  Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

        You should review the Disclosure Statement and Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in class 4 under the Plan.  If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

        The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of allowed claims in each class voting on the Plan.  To have your vote count, you must complete and return this Ballot.

        TO BE COUNTED, YOUR COMPLETED BALLOT **MUST** BE RECEIVED BY 5:00 P.M. EASTERN TIME, ON **SEPTEMBER 25, 2019**, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300

**ITEM I.**        **INDICATE DOLLAR AMOUNT OF YOUR CLAIM: $** 42,738

**ITEM II.**       **INDICATE YOUR VOTE TO ACCEPT OR REJECT THE PLAN BY MARKING THE APPROPRIATE BOX:**

        ☑ Accept the Plan          ☐ Reject the Plan

**ITEM III.**      By signing this Ballot, the undersigned certifies that he or she has been provided with a copy of the Disclosure Statement and the Plan.

**ITEM IV.**       By signing this Ballot, the undersigned hereby certifies that he or she has full power and authority to vote to accept or reject the Plan.

**ITEM V.**     **PROVIDE YOUR NAME AND ADDRESS** (Please print or type):

JOSHUA NUSSBAUM
(Name)

Authorized Rep
(Title - if applicable)

TISO RADIN LLC / NY Professional Drywall et oc INc.
(Company - if applicable)

20 KIRYAS RADIN DR
(Address)

SU          NY                    10977
(City)      (State)                                    (Zip Code)

**ITEM VI.**    **SIGN AND DATE YOUR VOTE:**

_Judah Nelson_
Signature                                                      Date 9/10/19

Title (if applicable)

{01019928.DOC;1 }                            2

# VOTING INSTRUCTIONS

I.      On **October 2, 2019 at 10:00 a.m.**, the United States Bankruptcy Court for the Southern District of New York, at 300 Quarropas Street, White Plains, New York, will hold a hearing on whether to confirm the Plan. Enclosed herewith is a copy of the Plan and Disclosure Statement. The Disclosure Statement describes the Plan and the treatment of all claims thereunder.

II.     All holders of impaired claims against Mosdos Chofetz Chaim, Inc. (the "Debtor") are permitted to vote their acceptance or rejection of the Plan. This Ballot is to be used for casting such vote.

III.    The Plan referred to in the Ballot can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of allowed claims in each class who actually vote on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if (i) the Bankruptcy Court finds that the Plan accords fair and equitable treatment, and does not discriminate unfairly, with respect to the class rejecting it and (ii) at least one impaired class has accepted the Plan. To have your vote count you must complete and return the Ballot. **YOUR COMPLETED BALLOT <u>MUST</u> BE RECEIVED BY 5 P.M. EASTERN TIME, SEPTEMBER 25, 2019 TO BE COUNTED.**

IV.     The Plan classifies claims separately, and provides different treatment for different classes of claims. You should read the Plan and the Disclosure Statement and the other related materials enclosed in this package carefully to understand the treatment you will receive.

IF YOU HAVE ANY QUESTIONS REGARDING THE PROCEDURES FOR VOTING ON THE PLAN, PLEASE CONTACT COUNSEL FOR THE DEBTOR: ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022 ATTN: STEVEN B. EICHEL, ESQ., TELEPHONE: (212) 603-6300.

**TO BE COUNTED, YOUR COMPLETED BALLOT MUST BE RECEIVED BY 5:00 P.M. EASTERN STANDARD TIME, ON SEPTEMBER 25, 2019, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                              Chapter 11

**MOSDOS CHOFETZ CHAIM, INC.,**                     Case No.: 12-23616-rdd

                                    Debtor.

--------------------------------------------------------X

### BALLOT FOR ACCEPTING OR REJECTING
### SECOND AMENDED PLAN OF REORGANIZATION OF
### MOSDOS CHOFETZ CHAIM, INC. FOR CLASS 4 UNSECURED CLAIM

Mosdos Chofetz Chaim, Inc. (the "Debtor") filed its *Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* dated August 15, 2019 (the "Plan"). The Bankruptcy Court has approved the *Second Amended Disclosure Statement for Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* (the "Disclosure Statement"). Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 4 under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of allowed claims in each class voting on the Plan. To have your vote count, you must complete and return this Ballot.

TO BE COUNTED, YOUR COMPLETED BALLOT **MUST** BE RECEIVED BY 5:00 P.M. EASTERN TIME, ON **SEPTEMBER 25, 2019**, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300

**ITEM I.**      **INDICATE DOLLAR AMOUNT OF YOUR CLAIM:** $ *31,603.13*

**ITEM II.**     **INDICATE YOUR VOTE TO ACCEPT OR REJECT THE PLAN BY MARKING THE APPROPRIATE BOX:**

☒ Accept the Plan        ☐ Reject the Plan

**ITEM III.**    By signing this Ballot, the undersigned certifies that he or she has been provided with a copy of the Disclosure Statement and the Plan.

**ITEM IV.**     By signing this Ballot, the undersigned hereby certifies that he or she has full power and authority to vote to accept or reject the Plan.

ITEM V.    **PROVIDE YOUR NAME AND ADDRESS** (Please print or type):

_JOSHUA NUSSBAUM_
(Name)

_AUTHORIZED REP._
(Title - if applicable)

_TBG RADIN LLC / MOSHE LUMBER_
(Company - if applicable)

_20 KIRYAS RADIN DR_
(Address)

_SV       NY       10977_
(City)       (State)                                                (Zip Code)

ITEM VI.    **SIGN AND DATE YOUR VOTE:**

_Josh Nussbaum_                                                    _9/10/19_
(Signature)                                                         Date

(Title (if applicable))

{01019928.DOC;1 }                                    2

12-23681-rdd   Doc 3041-1   Filed 09/30/20   Entered 09/30/20 21:55:41   Main Document
Pg 25 of 30

# VOTING INSTRUCTIONS

I.  On **October 2, 2019 at 10:00 a.m.**, the United States Bankruptcy Court for the Southern District of New York, at 300 Quarropas Street, White Plains, New York, will hold a hearing on whether to confirm the Plan. Enclosed herewith is a copy of the Plan and Disclosure Statement. The Disclosure Statement describes the Plan and the treatment of all claims thereunder.

II.  All holders of impaired claims against Mosdos Chofetz Chaim, Inc. (the "Debtor") are permitted to vote their acceptance or rejection of the Plan. This Ballot is to be used for casting such vote.

III.  The Plan referred to in the Ballot can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of allowed claims in each class who actually vote on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if (i) the Bankruptcy Court finds that the Plan accords fair and equitable treatment, and does not discriminate unfairly, with respect to the class rejecting it and (ii) at least one impaired class has accepted the Plan. To have your vote count you must complete and return the Ballot. **YOUR COMPLETED BALLOT <u>MUST</u> BE RECEIVED BY 5 P.M. EASTERN TIME, SEPTEMBER 25, 2019 TO BE COUNTED**.

IV.  The Plan classifies claims separately, and provides different treatment for different classes of claims. You should read the Plan and the Disclosure Statement and the other related materials enclosed in this package carefully to understand the treatment you will receive.

IF YOU HAVE ANY QUESTIONS REGARDING THE PROCEDURES FOR VOTING ON THE PLAN, PLEASE CONTACT COUNSEL FOR THE DEBTOR: ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022 ATTN: STEVEN B. EICHEL, ESQ., TELEPHONE: (212) 603-6300.

**TO BE COUNTED, YOUR COMPLETED BALLOT MUST BE RECEIVED BY 5:00 P.M. EASTERN STANDARD TIME, ON SEPTEMBER 25, 2019, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

In re:                                                    Chapter 11

**MOSDOS CHOFETZ CHAIM, INC.,**                    Case No.: 12-23616-rdd

                                   Debtor.

------------------------------------------------------------X

## BALLOT FOR ACCEPTING OR REJECTING
## SECOND AMENDED PLAN OF REORGANIZATION OF
## MOSDOS CHOFETZ CHAIM, INC. FOR CLASS 4 UNSECURED CLAIM

Mosdos Chofetz Chaim, Inc. (the "Debtor") filed its *Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* dated August 15, 2019 (the "Plan"). The Bankruptcy Court has approved the *Second Amended Disclosure Statement for Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* (the "Disclosure Statement"). Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 4 under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of allowed claims in each class voting on the Plan. To have your vote count, you must complete and return this Ballot.

TO BE COUNTED, YOUR COMPLETED BALLOT **MUST** BE RECEIVED BY 5:00 P.M. EASTERN TIME, ON **SEPTEMBER 25, 2019**, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300

**ITEM I.**      **INDICATE DOLLAR AMOUNT OF YOUR CLAIM:** $ *1094,163.93/00*

**ITEM II.**     **INDICATE YOUR VOTE TO ACCEPT OR REJECT THE PLAN BY MARKING THE APPROPRIATE BOX:**

☑ Accept the Plan      ☐ Reject the Plan

**ITEM III.**    By signing this Ballot, the undersigned certifies that he or she has been provided with a copy of the Disclosure Statement and the Plan.

**ITEM IV.**     By signing this Ballot, the undersigned hereby certifies that he or she has full power and authority to vote to accept or reject the Plan.

**ITEM V.**     **PROVIDE YOUR NAME AND ADDRESS** (Please print or type):

_SARAH STERNHILL_
(Name)

_PRES_
(Title - if applicable)

_645 Springdale Holdings LLC / Silverman Foundation_
(Company - if applicable)

_PO Box 1176 Monsey_
(Address)

_Monsey     NY_            _10952_
(City)     (State)            (Zip Code)

**ITEM VI.**     **SIGN AND DATE YOUR VOTE:**

_Sarah Sternhill_
Signature            _9/9/19_
                Date

Title (if applicable)

# VOTING INSTRUCTIONS

I.      On **October 2, 2019 at 10:00 a.m.**, the United States Bankruptcy Court for the Southern District of New York, at 300 Quarropas Street, White Plains, New York, will hold a hearing on whether to confirm the Plan. Enclosed herewith is a copy of the Plan and Disclosure Statement. The Disclosure Statement describes the Plan and the treatment of all claims thereunder.

II.      All holders of impaired claims against Mosdos Chofetz Chaim, Inc. (the "Debtor") are permitted to vote their acceptance or rejection of the Plan. This Ballot is to be used for casting such vote.

III.      The Plan referred to in the Ballot can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of allowed claims in each class who actually vote on the Plan. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if (i) the Bankruptcy Court finds that the Plan accords fair and equitable treatment, and does not discriminate unfairly, with respect to the class rejecting it and (ii) at least one impaired class has accepted the Plan. To have your vote count you must complete and return the Ballot. **YOUR COMPLETED BALLOT <u>MUST</u> BE RECEIVED BY 5 P.M. EASTERN TIME, SEPTEMBER 25, 2019 TO BE COUNTED**.

IV.      The Plan classifies claims separately, and provides different treatment for different classes of claims. You should read the Plan and the Disclosure Statement and the other related materials enclosed in this package carefully to understand the treatment you will receive.

IF YOU HAVE ANY QUESTIONS REGARDING THE PROCEDURES FOR VOTING ON THE PLAN, PLEASE CONTACT COUNSEL FOR THE DEBTOR: ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022 ATTN: STEVEN B. EICHEL, ESQ., TELEPHONE: (212) 603-6300.

**TO BE COUNTED, YOUR COMPLETED BALLOT MUST BE RECEIVED BY 5:00 P.M. EASTERN STANDARD TIME, ON SEPTEMBER 25, 2019, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK, 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300.**

{01019928.DOC;1 }

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:                                                    Chapter 11

**MOSDOS CHOFETZ CHAIM, INC.,**                Case No.: 12-23616-rdd

Debtor.
-------------------------------------------------------------X

## BALLOT FOR ACCEPTING OR REJECTING
## SECOND AMENDED PLAN OF REORGANIZATION OF
## <u>MOSDOS CHOFETZ CHAIM, INC. FOR CLASS 4 UNSECURED CLAIM</u>

      Mosdos Chofetz Chaim, Inc. (the "Debtor") filed its *Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* dated August 15, 2019 (the "Plan"). The Bankruptcy Court has approved the *Second Amended Disclosure Statement for Second Amended Plan of Reorganization of Mosdos Chofetz Chaim* (the "Disclosure Statement"). Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by the Bankruptcy Court.

      You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 4 under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

      The Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by the holders of at least two-thirds in amount and more than one-half in number of allowed claims in each class voting on the Plan. To have your vote count, you must complete and return this Ballot.

      TO BE COUNTED, YOUR COMPLETED BALLOT **MUST** BE RECEIVED BY 5:00 P.M. EASTERN TIME, ON **SEPTEMBER 25, 2019**, BY ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C., 875 THIRD AVENUE, NEW YORK, NEW YORK 10022, ATTN: STEVEN B. EICHEL, TELEPHONE: (212) 603-6300

**ITEM I.**       **INDICATE DOLLAR AMOUNT OF YOUR CLAIM:** $ 329,891

**ITEM II.**     **INDICATE YOUR VOTE TO ACCEPT OR REJECT THE PLAN BY MARKING THE APPROPRIATE BOX:**

         ☑ Accept the Plan      ☐ Reject the Plan

**ITEM III.**    By signing this Ballot, the undersigned certifies that he or she has been provided with a copy of the Disclosure Statement and the Plan.

**ITEM IV.**    By signing this Ballot, the undersigned hereby certifies that he or she has full power and authority to vote to accept or reject the Plan.

ITEM V.    **PROVIDE YOUR NAME AND ADDRESS** (Please print or type):

JOSHUA WSSBAUM
(Name)

AUTHORIZED RED
(Title - if applicable)

TBG RADIN LLC  /  CC of R
(Company - if applicable)

20 ICILYAS RADIN DR
(Address)

SPRing vALLey        NY        10977
(City)        (State)        (Zip Code)

ITEM VI.    **SIGN AND DATE YOUR VOTE:**

_____        Date 9/10/19
Signature

Title (if applicable)

{01019928.DOC;1 }        2