UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Mosdos Chofetz Chaim Inc.                                   Chapter 11

                                    Debtor.                 Case No. 16-23216 -RDD
-----------------------------------------------------------x

Mayer Zaks
                                    Plaintiff,
                                                            Adv. Proc. No. 20-6007-RDD
            -against-

Mosdos Chofetz Chaim Inc. and
Aryeh Zaks
                                    Defendants.
-----------------------------------------------------------x

**ORDER TO SHOW CAUSE FIXING A DATE AND TIME FOR A HEARING TO
CONSIDER DISMISSAL OF ADVERSARY PROCEEDING FOR LACK OF
<u>PROSECUTION</u>**

The above-captioned adversary proceeding (the "Adversary Proceeding") was filed on

March 30, 2022 and remains pending.  The last docket entry in the Adversary Proceeding is

dated January 8, 2021, and thus it appears that the Adversary Proceeding has not be prosecuted

for more than 180 days.  It therefore appearing that good and sufficient cause exists for the entry

of this Order, it is hereby

**ORDERED** that the plaintiff show cause before the Honorable Robert D. Drain, United

States Bankruptcy Judge of the United States Bankruptcy Court, Southern District of New York,

on May 3, 2022 at 10:00 a.m. (New York time), why the Court should not issue an order

dismissing the Adversary Proceeding for lack of prosecution under Fed. R. Civ. P. 41(b), made

applicable to the Adversary Proceeding by Fed. R. Bankr. P.7041.  In-person attendance at the

hearing is subject to the Court's general orders on in-person participation in the light of COVID-19; all parties should confirm in advance whether the hearing will be held via zoom.gov and, if so, register for it pursuant to the Court's posted procedures for participation in zoom hearings.

Upon the plaintiff's failure to appear at such hearing and show cause as set forth above, the Adversary Proceeding shall be dismissed

Dated: March 24, 2022
      White Plains, New York


                                       /s/Robert D. Drain
                                       United States Bankruptcy Judge